UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 NOV 29 P 4: 1

U.S. DISTRICT COURT
HARTFORD, CT.

ASTRID SUNDWALL          :
    v.                              CASE NO. 3:96cv2590 (CFD) (lead case)
                 :
CHARLES BASIL                        3:98cv2507 (CFD) closed
REINER, REINER & BENDETT  :      3:99cv2573 (CFD) (member case)
DAVID POLISHOOK and              3:00cv607 (CFD)  (member case)
ROBERT J. GAITES          :

## JUDGMENT

    This action having come on for consideration of the defendants' Motions to Dismiss

before the Honorable Christopher F. Droney, United States District Judge, and

    The Court having considered the motions and the full record of the case including

applicable principles of law, and having filed its Ruling granting the defendants' motions; it is

therefore

    ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor

of the defendants.

    Dated at Hartford, Connecticut, this 29th  day of November, 2004.


                              KEVIN F. ROWE, Clerk

                              By
                              Devorah Johnson
                              Deputy Clerk


EOD_____